WALLACK CONSTRUCTION COMPANY, Appellant, v. SMALWICH REALTY COR-PORATION and Another, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ARCH R. SAMPSON, Respondent, v. NELSON A. GRAVES, Appellant.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of Supplementary Proceedings: ARCH R. SAMPSON, Respondent, v. NELSON A. GRAVES, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SOMMERS, INC., Appellant, v. SOMMERS BOOTERY, INC., and Another, Respond-ents.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ABRAHAM GOLDSTEIN, Respondent, v. S. DESOWITZ, INC., Appellant.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

OSCAR L. RICHARD and Others, Respondents, v. THE CONNECTICUT ELECTRIC MANUFACTURING COMPANY, Appellant.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROSE TRITSCHLER, Respondent, v. STEPHEN TRITSCHLER, Appellant.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of ST. ALBANS & DARTMOUTH, INC., etc., MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Petition denied, with leave to renew when liability is established.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANTOINETTA BECKER, Respondent, v. JOSEPH LEVIS and Another, Appellants. ARTHUR BECKER, Respondent, v. JOSEPH LEVIS and Another, Appellants.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of RACHEL DAY, etc., Strange Avenue, Bronx.— Motion for appointment of referee granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GUSTAVE HENDERSON, as President, etc., Appellant, v. JAMES N. ANDERSON and Others, Respondents.— Motion for stay pending appeal granted on appellant giving an undertaking for $250 within five days.   Settle order on notice.   Pres-ent — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUIS BAHR, Appellant, v. S. H. FEINGOLD, Respondent.— Motion granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WILLIAM LARSCY, Respondent, v. T. HOGAN & SONS, INC., Appellant.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of DEIDERICK G. GALE, an Attorney.— Reference order to Hon Edward G. Whitaker, official referee.   Settle order on notice.   Present — Clarke P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of JACOB MAKAY, an Attorney.— Motion denied.   Settle orde: on notice.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.